OPINION — AG — QUESTION (1): "IT IS MANDATORY THAT THE COUNTY COMMISSIONERS PROVIDE THE PART TIME ASSISTANT AT HENRYETTA WHICH OFFICE SPACE AND A SECRETARY?" — NEGATIVE QUESTION (2): "IF IT IS NOT MANDATORY, WILL YOU PLEASE ADVISE ME IF THE COUNTY COMMISSIONERS WOULD BE AUTHORIZED IN PROVIDING SUCH PART TIME ASSISTANT WITH A SECRETARY?" — AFFIRMATIVE CITE: 19 O.S. 1961 180.65 [19-180.65], 20 O.S. 1961 254 [20-254] (JACK A. SWIDENSKY)